# UNITED STATES BANKRUPTCY COURT

### District of South Carolina

IN RE:

David Anthony Malatesta, II
*aka David A Malatesta, II*
*aka David Malatesta, II*
and
Victoria Diane Malatesta
*aka Victoria D Malatesta*
*aka Victoria Malatesta*
*aka Vickie Diane Malatesta*,

Debtor(s).

CHAPTER 13
CASE NO.: 15-02925-dd

NOTICE OF TRANSFER OF CLAIM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
        Name of Transferee

Wells Fargo Bank, N.A.
        Name of Transferor

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services
PO Box 55004
Irvine, CA  92619-2708
Phone:  888-504-6700
Last Four Digits of Acct.: 9171

Court Claim # (if known): 6-1

Amount of Claim:  $28,501.76
Date Claim Filed:  September 10, 2015

Phone:  (800) 274-7025
Last Four Digits of Acct.:  5436

Name and address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
PO Box 52708
Irvine, CA  92619-2708
Phone:  888-504-6700
Last Four Digits of Acct.: 9171

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By:\_\_\_\_\_/s/ Jason D. Wyman (I.D. 11294)_____     Date:\_\_8/11/2016_____

     Transferee/Transferee's Agent
     Attorneys for Movant
     Rogers Townsend & Thomas, PC
     100 Executive Center Drive 201 (29210)
     Post Office Box 100200
     Columbia, South Carolina 29202
     (803) 744-4444

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

David Anthony Malatesta, II
*aka David A Malatesta, II*
*aka David Malatesta, II*
and
Victoria Diane Malatesta
*aka Victoria D Malatesta*
*aka Victoria Malatesta*
*aka Vickie Diane Malatesta,*

Debtor(s).

CHAPTER 13
CASE NO.: 15-02925-dd

CERTIFICATE OF SERVICE

313957-00124

I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify

that a copy of the Transfer of Claim was mailed to the parties listed below:

Robert R. Meredith, Jr., Esquire
4000 Faber Place Drive
Suite 120
North Charleston, SC  29405

Pamela Simmons-Beasley
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

/s/ Lori Qualls
ROGERS TOWNSEND & THOMAS, PC
Lori Qualls Bankruptcy Paralegal
to Jason D. Wyman
Post Office Box 100200
Columbia, SC  29202-3200
(803) 744-4444

Columbia, South Carolina
August 11, 2016